Bernice Grossman, Appellee, v. Herman Grossman, Appellant.

Gen. No. 41,768.

Heard in third division, first district, this court at June term, 1941; opinion filed January 7, 1942. Russell J. Topper, for appellant; Turner & Turner, for appellee; Maurice Turner, of counsel. Opinion by PRESIDING JUSTICE BURKE. "Not to be published in full."